**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| LEON STAMBLER, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:12-cv-608 |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| ALLY FINANCIAL INC., et al., | § | **LEAD CASE** |
| | § | |
| Defendants. | § | |
| | § | |

**AGREED MOTION TO DISMISS DEFENDANTS AMERIPRISE FINANCIAL, INC.
AND AMERIPRISE BANK, FSB WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(2) and (c), Plaintiff Leon Stambler ("Plaintiff") and Defendants Ameriprise Financial, Inc. and Ameriprise Bank, FSB (together, "Ameriprise Bank") move the Court to dismiss with prejudice from the above-entitled and numbered cause any and all claims by Stambler against Ameriprise Bank and to dismiss with prejudice all claims by Ameriprise Bank against Stambler.  Each party shall bear its own costs and attorneys' fees.  A proposed order is attached.

| | |
|---|---|
| **Dated:  September 11, 2013** | Respectfully submitted, |
| | |
| /s/ Brent N. Bumgardner | /s/ Eric H. Findlay |
| Brent N. Bumgardner | Eric H. Findlay |
| Texas State Bar No. 00795272 | FINDLAY CRAFT |
| Attorney-in-Charge | 6760 Old Jacksonville Highway, Suite 101 |
| Edward R. Nelson, III | Tyler, TX 75703 |
| Texas State Bar No. 00797142 | (903) 534-1100 |
| Christie B. Lindsey | (903) 534-1137 fax |
| Texas State Bar No. 24041918 | efindlay@findlaycraft.com |
| Ryan P. Griffin | |
| Texas State Bar No. 24053687 | Michael A. Morin |
| NELSON BUMGARDNER CASTO, P.C. | John M. Williamson |
| 3131 West 7th Street, Suite 300 | Jennifer K. Robinson |
| Fort Worth, TX 76107 | Christopher T. Blackford |
| (817) 377-9111 | FINNEGAN, HENDERSON, FARABOW, GARRETT |

Fax: (817) 377-3485
bbumgardner@nbclaw.net
enelson@nbclaw.net
clindsey@nbclaw.net
rgriffin@nbclaw.net

Eric M. Albritton
State Bar No. 00790215
Albritton Law Firm
P.O. Box 2649
Longview, TX 75606
(903) 757-8449
(903) 758-7397 (fax)
ema@emafirm.com

T. John Ward, Jr.
State Bar No. 00794818
WARD & SMITH LAW FIRM
P.O. Box 1231
1127 Judson Road, Ste. 220
Longview, Texas 75606-1231
(903) 757-6400
(903) 757-2323 (fax)
jw@wsfirm.com

Ronald A. Dubner
Texas State Bar No. 06149000
Attorney and Mediator
9555 Lebanon Road, Suite 602
Frisco, TX 75035
(214) 432-8283
(888) 501-3052 (fax)
rondub@get.net

**ATTORNEYS FOR PLAINTIFF
LEON STAMBLER**

& DUNNER LLP
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000
(202) 408-4400
Michael.morin@finnegan.com
John.williamson@finnegan.com
Jennifer.robinson@finnegan.com
Christopher.blackford@finnegan.com

**ATTORNEYS FOR DEFENDANTS
AMERIPRISE FINANCIAL, INC. AND
AMERIPRISE BANK, FSB**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of September, 2013, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/ Brent N. Bumgardner

**CERTIFICATE OF CONFERENCE**

I certify that on September 10, 2013, I conferred with counsel for Defendants Ameriprise Financial, Inc. and Ameriprise Bank, FSB and they are in agreement with this motion.

/s/ Brent N. Bumgardner