# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| LEON STAMBLER, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:12-cv-608 |
| | § | |
| v. | § | **JURY TRIAL DEMANDED** |
| | § | |
| ALLY FINANCIAL INC., et al., | § | **LEAD CASE** |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS AMERIPRISE FINANCIAL, INC. AND AMERIPRISE BANK, FSB

Before the Court is the Agreed Motion to Dismiss Defendants Ameriprise Financial, Inc. and Ameriprise Bank, FSB with Prejudice. After considering the Motion and finding that good cause exists for its entry, it is hereby ORDERED that Defendants Ameriprise Financial, Inc. and Ameriprise Bank, FSB be and are hereby DISMISSED from the above-entitled and numbered cause with prejudice, that all claims of Defendants Ameriprise Financial, Inc. and Ameriprise Bank, FSB against Leon Stambler are DISMISSED with prejudice, and that each party shall bear its own costs and fees.

**So ORDERED and SIGNED this 12th day of September, 2013.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE