**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| LEON STAMBLER, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:12-cv-608 |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| ALLY FINANCIAL INC., et al., | § | LEAD CASE |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |
| LEON STAMBLER, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. 2:12-cv-679 |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| NORTHERN TRUST CORPORATION and | § | CONSOLIDATED CASE |
| THE NORTHERN TRUST COMPANY, | § | |
| | § | |
| Defendants. | § | |
| | § | |

**ORDER OF DISMISSAL OF DEFENDANT THE NORTHERN TRUST**
**COMPANY AND ORDER AMENDING DISMISSAL OF DEFENDANT NORTHERN**
**TRUST CORPORATION TO DISMISSAL WITH PREJUDICE**

Before the Court is the Agreed Motion to Dismiss Defendant The Northern Trust Company and to Amend Dismissal of Defendant Northern Trust Corporation to Dismissal With Prejudice (Dkt. No. 131).  After considering the Motion and finding that good cause exists for its entry, it is hereby ORDERED that Defendant The Northern Trust Company be and is hereby DISMISSED from the above-entitled and numbered causes with prejudice, that all claims of Defendant The Northern Trust Company against Leon Stambler are DISMISSED without prejudice, that the dismissal of Northern Trust Corporation (Case No. 12-cv-679, Dkt. No. 31) is amended to a dismissal with prejudice, and that each party shall bear its own costs and fees.

**So ORDERED and SIGNED this 3rd day of January, 2014.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE